## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

JIMMY D. MCKINNEY,                )
                                  )
            Plaintiff,            )
                                  )           NO.  CV-11-0304-JPH
      vs.                         )
                                  )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                )        **CIVIL CASE**
Commissioner of Social Security,  )
                                  )
            Defendant.            )
                                  )
_____    )

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 20th day of June, 2012.

                              JAMES R. LARSEN
                              District Court Executive/Clerk


                              by:   s/Pamela A. Howard
                                      Deputy Clerk


cc: all counsel