IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JIMMY D. McKINNEY, | ) |
| Plaintiff, | ) No. CV-11-304-JPH ) |
| v. | ) ORDER ADOPTING REPORT AND ) RECOMMENDATION |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) ) |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on October 2, 2012, **ECF No. 23**, recommending Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, ECF No. 21, be **granted**. On October 2, 2012 Defendant responded that he did not object to the amounts requested. ECF No. 22.

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS ORDERED**

The Report and Recommendation, **ECF No. 23**, to grant Plaintiff's Motion for an award of attorney's fees pursuant to the EAJA, ECF No. 21, is **ADOPTED in its entirety**.

ORDER ADOPTING REPORT
AND RECOMMENDATION

- 1 -

1   **IT IS SO ORDERED.** The District Court Executive is directed to
2   enter this Order, forward copies to the parties and Magistrate
3   Judge Hutton, and close the file.
4       **DATED** this 17th day of October, 2012.

                         *s/Lonny R. Suko*
                         _____
                            LONNY R. SUKO
                         UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT
AND RECOMMENDATION
- 2 -