UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JIMMY D. McKINNEY,<br><br>                  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                  Defendant. | No. 2:11-CV-304-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    **BEFORE THE COURT** for resolution is the Report and Recommendation entered on September 10, 2014, **ECF No. 28,** recommending Plaintiff's motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b), ECF No. 25, be granted. The Commissioner responded and has no objection to the request. ECF No. 27.

    After review, the Report and Recommendation, **ECF No. 28,** to grant Plaintiff's Motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b), is **ADOPTED in its entirety**.

    Plaintiff's motion for an award of fees and costs in the total amount of $10,728.00, ECF No. 25, is GRANTED.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and **CLOSE** the file.

DATED this 22nd day of September, 2014.

*s/Lonny R. Suko*

_____

LONNY R. SUKO

SENIOR U.S. DISTRICT JUDGE